IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA DEMOCRATIC PARTY; CUMBERLAND COUNTY DEMOCRATIC PARTY; DURHAM COUNTY DEMOCRATIC PARTY; FORSYTH COUNTY DEMOCRATIC PARTY; GUILFORD COUNTY DEMOCRATIC PARTY; MECKLENBURG COUNTY DEMOCRATIC PARTY; ORANGE COUNTY DEMOCRATIC PARTY; and WAKE COUNTY DEMOCRATIC PARTY,<br><br>        Plaintiffs,<br><br>v.<br><br>PHILLIP E. BERGER, in his official capacity as PRESIDENT PRO TEMPORE OF THE NORTH CAROLINA SENATE; TIMOTHY K. MOORE, in his official capacity as SPEAKER OF THE NORTH CAROLINA HOUSE OF REPRESENTATIVES; THE STATE OF NORTH CAROLINA; THE NORTH CAROLINA BIPARTISAN STATE BOARD OF ELECTIONS AND ETHICS ENFORCEMENT; and KIMBERLY STRACH, in her official capacity as EXECUTIVE DIRECTOR OF THE NORTH CAROLINA BIPARTISAN STATE BOARD OF ELECTIONS AND ETHICS ENFORCEMENT,<br><br>        Defendants. | CIVIL ACTION NO. 1:17-cv-1113 |

# MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned action respectfully move the Court for an order preliminarily enjoining the enforcement of Section 4(a) of Session Law 2017-214 ("S.L. 214") as enacted by the North Carolina General Assembly over the veto of North Carolina Governor Roy Cooper. This anti-democratic legislation eliminates primary elections in 2018 for the justices and judges of the appellate courts, judges of the superior courts, and judges of the district courts. It thereby violates Plaintiffs' fundamental rights of association in violation of the First and Fourteenth Amendments to the United States Constitution.

In support of this motion, the following are submitted: **Exhibit A**, Declaration of G. Wayne Goodwin; **Exhibit B**, Declaration of Caroline Lim; **Exhibit C**, Declaration of Rebecca Llewellyn; **Exhibit D**, Declaration of Marcia Morey; **Exhibit E**, Declaration of Robert F. Orr; **Exhibit F**, Declaration of Jesse Presnell; and **Exhibit G**, Declaration of Donald W. Stephens.

As set out in the supporting memorandum and declarations filed with this motion, Plaintiffs are likely to succeed on the merits in this action. Plaintiffs will suffer immediate and irreparable injuries if the *status quo ante litem* is not maintained and primaries are not restored during the pendency of this action. The balance of hardships weighs plainly and decidedly in favor of the issuance of a preliminary injunction.

WHEREFORE, Plaintiffs respectfully request that this Court enter a preliminary injunction against Defendants and order such other and further relief as the Court deems appropriate.

This the 12th day of December, 2017.

**WALLACE & NORDAN LLP**

By: /s/ John R. Wallace
John R. Wallace
N.C. State Bar No. 7374
jrwallace@wallacenordan.com
Dawn E.H. Lee
N.C. State Bar No. 49258
dlee@wallacenordan.com
Post Office Box 12065
Raleigh, NC 27605
Telephone: 919-782-9322
Facsimile: 919-782-8133

*Counsel for Plaintiffs*

**POYNER SPRUILL LLP**

By: /s/ Edwin M. Speas, Jr.
    Edwin M. Speas, Jr.
    N.C. State Bar No. 4112
    espeas@poynerspruill.com
    Caroline P. Mackie
    N.C. State Bar No. 41512
    cmackie@poynerspruill.com
    P.O. Box 1801 (27602-1801)
    301 Fayetteville St., Suite 1900
    Raleigh, NC 27601
    Telephone: 919-783-6400
    Facsimile: 919-783-1075

    *Counsel for Plaintiff N.C. Democratic Party*

## CERTIFICATE OF SERVICE

  I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

  I further certify that I have this day served a copy of the foregoing via email and by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail, addressed to the following persons at the following address which is the last address known to me:

    Alexander McC. Peters
    Chief Deputy Attorney General
    Office of the Attorney General
    North Carolina Department of Justice
    114 W. Edenton St.
    Raleigh, NC 27601
    apeters@ncdoj.gov

    Josh Lawson, General Counsel
    430 N. Salisbury St., Suite 3128
    Raleigh, NC 27603-5918
    joshua.lawson@ncsbe.gov

  This the 12th day of December, 2017.

          /s/ Edwin M. Speas, Jr.
          Edwin M. Speas, Jr.