# UNITED STATES DISTRICT COURT
### for the
Middle District of North Carolina

| | | |
|---|---|---|
| North Carolina Democratic Party, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-1113 |
| Philip E. Berger, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Philip E. Berger, in his official capacity as President Pro Tempore of the North Carolina Senate and Timothy K. Moore, in his official capacity as Speaker of the North Carolina House of Representatives

Date:     12/22/2017

/s/ Noah H. Huffstetler, III
*Attorney's signature*

Noah H. Huffstetler, III, NC Bar No. 7170
*Printed name and bar number*
Nelson Mullins Riley & Scarborough LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC  27612

*Address*

noah.huffstetler@nelsonmullins.com
*E-mail address*

(919) 877-3800
*Telephone number*

(919) 877-3799
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

John R. Wallace
jrwallace@wallacenordan.com
Dawn E.H. Lee
dlee@wallacenordan.com
Wallace & Nordan LLP
Post Office Box 12065
Raleigh, NC  27605
*Counsel for Plaintiffs*

Edwin M. Speas, Jr.
espeas@poynerspruill.com
Carolina P. Mackie
cmackie@poynerspruill.com
Post Office Box 1801
Raleigh, NC  27601-1801
*Counsel for Plaintiff N.C. Democratic Party*

Alexander McC. Peters
apeters@ncdoj.gov
Amar Majmundar
amajmundar@ncdoj.gov
James Bernier, Jr.
jbernier@ncdoj.gov
Olga Vysofskaya
ovysofskaya@ncdoj.gov
N.C. Department of Justice
Post Office Box 629
Raleigh, NC  27602-0629
*Counsel for The State of North Carolina, The North Carolina*
*Bipartisan State Board of Elections and Ethics Enforcement and*
*Kimberly Strach, in her official capacity as Executive Director of*
*The North Carolina Bipartisan State Board of Elections and*
*Ethics Enforcement*

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ D. Martin Warf
    Noah H. Huffstetler, III
    N.C. State Bar No. 7170
    D. Martin Warf
    N.C. State Bar No. 32982
    4140 Parklake Avenue, Suite 200
    Raleigh, NC 27612
    Telephone: (919) 877-3800
    Facsimile: (919) 877-3799
    noah.huffstetler@nelsonmullins.com
    martin.warf@nelsonmullins.com

*Attorneys for Philip E. Berger, in his official capacity as President Pro Tempore of the North Carolina Senate and Timothy K. Moore, in his official capacity as Speaker of the North Carolina House of Representatives*

~#4850-7415-7913 - 00999/00515 ~