IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-CV-1113

| | |
|---|---|
| NORTH CAROLINA DEMOCRATIC PARTY; CUMBERLAND COUNTY DEMOCRATIC PARTY; DURHAM COUNTY DEMOCRATIC PARTY; FORSYTH COUNTY DEMOCRATIC PARTY; GUILFORD COUNTY DEMOCRATIC PARTY; MECKLENBURG COUNTY DEMOCRATIC PARTY; ORANGE COUNTY DEMOCRATIC PARTY; and WAKE COUNTY DEMOCRATIC PARTY,<br><br>         Plaintiffs,<br><br>  v.<br><br>PHILIP E. BERGER, in his official capacity as PRESIDENT PRO TEMPORE OF THE NORTH CAROLINA SENATE; TIMOTHY K. MOORE, in his official capacity as SPEAKER OF THE NORTH CAROLINA HOUSE OF REPRESENTATIVES; THE STATE OF NORTH CAROLINA; THE NORTH CAROLINA BIPARTISAN STATE BOARD OF ELECTIONS AND ETHICS ENFORCEMENT; and KIMBERLY STRACH, in her official capacity as EXECUTIVE DIRECTOR OF THE NORTH CAROLINA BIPARTISAN STATE BOARD OF ELECTIONS AND ETHICS ENFORCEMENT,<br><br>         Defendants. | **NOTICE OF APPEAL** |

Notice is given that Defendants Philip E. Berger, in his official capacity as President Pro Tempore of the North Carolina Senate, and Timothy K. Moore, in his official capacity as Speaker of the North Carolina House of Representatives ("Defendants"), appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order (Dkt. No. 45) entered by the Honorable Catherine C. Eagles on January 31, 2018, granting, in part, Plaintiff's Motion for Preliminary Injunction (Dkt. No. 14) in the above-captioned action.

Respectfully submitted this 2nd day of February, 2018.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ D. Martin Warf
   Noah H. Huffstetler, III
N.C. State Bar No. 7170
   D. Martin Warf
N.C. State Bar No. 32982
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
Telephone: (919) 877-3800
noah.huffstetler@nelsonmullins.com
martin.warf@nelsonmullins.com

*ATTORNEYS FOR Defendants PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate and TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

This the 2nd day of February, 2018.

        NELSON MULLINS RILEY &
        SCARBOROUGH LLP

        By: /s/ D. Martin Warf
           Noah H. Huffstetler, III
        N.C. State Bar No. 7170
           D. Martin Warf
        N.C. State Bar No. 32982
        4140 Parklake Avenue, Suite 200
        Raleigh, NC 27612
        Telephone: (919) 877-3800
        noah.huffstetler@nelsonmullins.com
        martin.warf@nelsonmullins.com

*ATTORNEYS FOR* Defendants *PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate and TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives*