| | |
|---|---|
| NORTH CAROLINA DEMOCRATIC PARTY; CUMBERLAND COUNTY DEMOCRATIC PARTY; DURHAM COUNTY DEMOCRATIC PARTY; FORSYTH COUNTY DEMOCRATIC PARTY; GUILFORD COUNTY DEMOCRATIC PARTY; MECKLENBURG COUNTY DEMOCRATIC PARTY; ORANGE COUNTY DEMOCRATIC PARTY; and WAKE COUNTY DEMOCRATIC PARTY,<br><br>                                        Plaintiffs,<br><br>                v.<br><br>PHILIP E. BERGER, in his official capacity as PRESIDENT PRO TEMPORE OF THE NORTH CAROLINA SENATE; TIMOTHY K. MOORE, in his official capacity as SPEAKER OF THE NORTH CAROLINA HOUSE OF REPRESENTATIVES; THE STATE OF NORTH CAROLINA; THE NORTH CAROLINA BIPARTISAN STATE BOARD OF ELECTIONS AND ETHICS ENFORCEMENT; and KIMBERLY STRACH, in her official capacity as EXECUTIVE DIRECTOR OF THE NORTH CAROLINA BIPARTISAN STATE BOARD OF ELECTIONS AND ETHICS ENFORCEMENT,<br><br>                                        Defendants. | **DEFENDANTS' EMERGENCY MOTION FOR STAY OR MODIFICATION OF PRELIMINARY INJUNCTION PENDING APPEAL** |

Having filed their Notice of Appeal (Dkt. No. 47), Defendants Philip E. Berger, in his official capacity as President Pro Tempore of the North Carolina Senate, and Timothy K. Moore, in his official capacity as Speaker of the North Carolina House of Representatives ("Defendants"), now move, on an emergency basis, under Rule 62(c) of the Federal Rules of Civil Procedure for the Court to stay the Preliminary Injunction granted in favor of Plaintiff in the Court's Memorandum Opinion and Order (Dkt. No. 45) or, alternatively, to dissolve the Preliminary Injunction pending appeal, so that Section 4(a) of Session Law 2017-214 can be uniformly applied to local and statewide judicial elections. In support of this Motion, Defendants refer the Court to the brief filed contemporaneously herewith.

Due to the impending filing period for appellate court races, which, based on the Court's Preliminary Injunction, is to begin on February 12, 2018, Defendants also move for expedited consideration of this Motion.

WHEREFORE, Defendants pray that

(1)  This Court stay the Preliminary Injunction or, alternatively, dissolve the Preliminary Injunction pending appeal;

(2)  Review this Motion on an expedited basis, requiring any response from Plaintiffs to be filed by Monday, February 5, 2018, or Tuesday, February 6, 2018, by noon, and ruling as soon as possible thereafter;

(3)  For such other and further relief as this Court deems appropriate.

Respectfully submitted this 2nd day of February, 2018.

> NELSON MULLINS RILEY & SCARBOROUGH LLP
>
> By: /s/ D. Martin Warf
>   Noah H. Huffstetler, III
> N.C. State Bar No. 7170
>   D. Martin Warf
> N.C. State Bar No. 32982
> 4140 Parklake Avenue, Suite 200
> Raleigh, NC 27612
> Telephone: (919) 877-3800
> noah.huffstetler@nelsonmullins.com
> martin.warf@nelsonmullins.com
>
> *ATTORNEYS FOR* Defendants *PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate and TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

This the 2nd day of February, 2018.

>
> NELSON MULLINS RILEY & SCARBOROUGH LLP
>
> By: /s/ D. Martin Warf
>    Noah H. Huffstetler, III
> N.C. State Bar No. 7170
>    D. Martin Warf
> N.C. State Bar No. 32982
> 4140 Parklake Avenue, Suite 200
> Raleigh, NC 27612
> Telephone: (919) 877-3800
> noah.huffstetler@nelsonmullins.com
> martin.warf@nelsonmullins.com
>
> *ATTORNEYS FOR* Defendants *PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate and TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives*