IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-CV-1113

| | |
|---|---|
| NORTH CAROLINA DEMOCRATIC PARTY; CUMBERLAND COUNTY DEMOCRATIC PARTY; DURHAM COUNTY DEMOCRATIC PARTY; FORSYTH COUNTY DEMOCRATIC PARTY; GUILFORD COUNTY DEMOCRATIC PARTY; MECKLENBURG COUNTY DEMOCRATIC PARTY; ORANGE COUNTY DEMOCRATIC PARTY; and WAKE COUNTY DEMOCRATIC PARTY,<br><br>           Plaintiffs,<br><br>  v.<br><br>PHILLIP E. BERGER, in his official capacity as PRESIDENT PRO TEMPORE OF THE NORTH CAROLINA SENATE; TIMOTHY K. MOORE, in his official capacity as SPEAKER OF THE NORTH CAROLINA HOUSE OF REPRESENTATIVES; THE STATE OF NORTH CAROLINA; THE NORTH CAROLINA BIPARTISAN STATE BOARD OF ELECTIONS AND ETHICS ENFORCEMENT; and KIMBERLY STRACH, in her official capacity as EXECUTIVE DIRECTOR OF THE NORTH CAROLINA BIPARTISAN STATE BOARD OF ELECTIONS AND ETHICS ENFORCEMENT,<br><br>           Defendants. | **NOTICE OF CONSENT TO MOTION FOR STAY OR MODIFICATION OF PRELIMINARY INJUNCTION PENDING APPEAL** |

The State of North Carolina, the North Carolina Bipartisan State Board of Elections and Ethics Enforcement, and Kimberly Strach, in her official capacity as Executive Director of the North Carolina Bipartisan State Board of Elections and Ethics Enforcement, hereby consent to the motion for stay or modification of preliminary injunction pending appeal (ECF No. 48) that President Pro Tempore Berger and Speaker Moore filed on February 2, 2018.

By consenting to the stay motion, the State, Ms. Strach, and the Election Board do not necessarily adopt the arguments in the motion. The State, Ms. Strach, and the Election Board believe that a prompt resolution of the issues raised in the stay motion would serve the public interest.

This 6th day of February, 2018.

JOSHUA H. STEIN
Attorney General

/s/ James Bernier, Jr.
James Bernier, Jr.
Special Deputy Attorney General
N.C. State Bar No. 45869
jbernier@ncdoj.gov

/s/ Olga Vysotskaya
Olga E. Vysotskaya de Brito
Special Deputy Attorney General
N.C. State Bar No. 31846
ovysotskaya@ncdoj.gov

/s/ Amar Majmundar
Amar Majmundar
Senior Deputy Attorney General
amajmundar@ncdoj.gov

/s/ Alexander McC. Peters
Alexander McC. Peters
Chief Deputy Attorney General
apeters@ncdoj.gov

North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6900

*Attorneys for the State of North Carolina, the North Carolina Bipartisan State Board of Elections and Ethics Enforcement, and Kimberly Strach, in her official capacity as Executive Director of the North Carolina Bipartisan State Board of Elections and Ethics Enforcement*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing notice with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

This 6th day of February, 2018.

/s/ James Bernier, Jr.
James Bernier, Jr.
Special Deputy Attorney General
