FILED: February 6, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1150 (L)
(1:17-cv-01113-CCE-JEP)

_____

NORTH CAROLINA DEMOCRATIC PARTY; CUMBERLAND COUNTY DEMOCRATIC PARTY; DURHAM COUNTY DEMOCRATIC PARTY; FORSYTH COUNTY DEMOCRATIC PARTY; GUILFORD COUNTY DEMOCRATIC PARTY; MECKLENBURG COUNTY DEMOCRATIC PARTY; ORANGE COUNTY DEMOCRATIC PARTY; WAKE COUNTY DEMOCRATIC PARTY

   Plaintiffs - Appellees

v.

PHILLIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives

   Defendants - Appellants

 and

THE STATE OF NORTH CAROLINA; THE NORTH CAROLINA BIPARTISAN STATE BOARD OF ELECTIONS AND ETHICS ENFORCEMENT; KIMBERLY STRACH, in her official capacity as Excutive Director of the North Carolina Bipartisan State Board of Elections and Ethics Enforcement

   Defendants

_____

No. 18-1151
(1:17-cv-01113-CCE-JEP)

_____

NORTH CAROLINA DEMOCRATIC PARTY; CUMBERLAND COUNTY DEMOCRATIC PARTY; DURHAM COUNTY DEMOCRATIC PARTY; FORSYTH COUNTY DEMOCRATIC PARTY; GUILFORD COUNTY DEMOCRATIC PARTY; MECKLENBURG COUNTY DEMOCRATIC PARTY; ORANGE COUNTY DEMOCRATIC PARTY; WAKE COUNTY DEMOCRATIC PARTY

      Plaintiffs - Appellees

v.

THE STATE OF NORTH CAROLINA; THE NORTH CAROLINA BIPARTISAN STATE BOARD OF ELECTIONS AND ETHICS ENFORCEMENT; KIMBERLY STRACH, in her official capacity as Excutive Director of the North Carolina Bipartisan State Board of Elections and Ethics Enforcement

      Defendants - Appellants

 and

PHILLIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives

      Defendants

_____

O R D E R

_____

The court consolidates Case No. 18-1150 (Lead) and Case No. 18-1151.

Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

        For the Court--By Direction

        <u>/s/ Patricia S. Connor, Clerk</u>