IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA DEMOCRATIC PARTY; et al.,<br><br>                          Plaintiffs,<br><br>v.<br><br>PHILLIP E. BERGER, in his official capacity as PRESIDENT PRO TEMPORE OF THE NORTH CAROLINA SENATE; et al.,<br><br>                          Defendants. | CIVIL ACTION NO. 1:17-cv-1113 |

## FIRST JOINT STIPULATION

Plaintiffs and Defendants jointly stipulate and agree:

1. That Plaintiffs have indicated their intent to notice the depositions of Defendants Berger and Moore and to issue deposition subpoenas to Senator Ralph Hise, Co-Chair of the Joint Legislative Elections Oversight Committee and Co-Chair of the Judicial Reform and Redistricting Committee, Rep. David Lewis, Co-Chair of the Joint Legislative Elections Oversight Committee, and Rep. Justin Burr, Co-Chair of the Judicial Reform and Redistricting Committee.

2. That at their depositions each of these legislators would assert legislative privilege as a bar to answering questions, however phrased, about the origin, drafting, revision, history, enactment, purpose and justification for 2017 SL 214, including specifically Section 4, cancelling primaries for judicial elections for 2018.

3. That should Plaintiffs subpoena other Republican members of the legislature to testify in this matter they, too, would assert legislative privilege as a bar to answering questions, however phrased, about the origin, drafting, revision, history, enactment, purpose and justification for 2017 SL 214, including specifically Section 4, cancelling primaries for judicial elections for 2018.

4. The history of Senate Bill 656/2017 SL 214, including available bill summaries, is located at https://www.ncleg.net/gascripts/billlookup/billlookup.pl?Session=2017&BillID=S656.

5. All publicly-available materials for 2017-2018 for the Joint Legislative Elections Oversight Committee are available at https://www.ncga.state.nc.us/gascripts/DocumentSites/browseDocSite.asp?nID=155&sFolderName=\2017-2018\12-15-2017.

6. All publicly-available materials for the Senate Select Committee on Judicial Reform and Redistricting from November 8, 2017, through January 3, 2018, are available at https://www.ncleg.net/gascripts/DocumentSites/browseDocSite.asp?nID=372.

7. All publicly-available materials for the House Select Committee on Judicial Reform and Redistricting are available at https://www.ncleg.net/gascripts/Committees/committees.asp?sAction=ViewCommittee&sActionDetails=House+Select_184.

8. All publicly-available materials for the Joint Select Committee on Judicial Reform and Redistricting are available at https://www.ncleg.net/gascripts/Committees/Committees.asp?sAction=ViewCommittee&sActionDetails=Non-Standing_6719.

9. All publicly-available materials for the House Standing Committee on Elections and Ethics Law are available at https://www.ncleg.net/gascripts/Committees/Committees.asp?sAction=ViewCommittee&sActionDetails=House%20Standing_21.

10. All publicly-available Resolutions for 2017-2018 are available at https://www.ncleg.net/gascripts/EnactedLegislation/ELTOC.pl?sType=Res&sSessionToView=2017&sSort=sSortKey.

11. That the documents available on the websites referenced in paragraphs 4-10 above are authentic and genuine and may be received into evidence pursuant to the Federal Rules of Evidence without further identification or proof, subject to the opportunity of any party to contest the relevance of a specific document.

Respectfully submitted, this the 3rd day of April, 2018.

| WALLACE & NORDAN LLP | JOSHUA H. STEIN |
| --- | --- |
| | **Attorney General** |

**WALLACE & NORDAN LLP**

s/ John R. Wallace
John R. Wallace
N.C. State Bar No. 7374
jrwallace@wallacenordan.com
Matthew M. Calabria
N.C. State Bar No. 39562
mcalabria@wallacenordan.com
Post Office Box 12065
Raleigh, NC  27605
Telephone: 919-782-9322
Facsimile:  919-782-8133

*Counsel for Plaintiffs*

POYNER SPRUILL LLP

/s/ Edwin M. Speas, Jr.
Edwin M. Speas, Jr.
N.C. State Bar No. 4112
espeas@poynerspruill.com
Caroline P. Mackie
N.C. State Bar No. 41512
cmackie@poynerspruill.com
P.O. Box 1801 (27602-1801)
301 Fayetteville St., Suite 1900
Raleigh, NC  27601
Telephone: 919-783-6400
Facsimile:  919-783-1075

*Counsel for Plaintiff N.C. Democratic Party*

**JOSHUA H. STEIN**
**Attorney General**

/s/ James Bernier, Jr.
James Bernier, Jr.
Special Deputy Attorney General
N.C. State Bar No. 45869
jbernier@ncdoj.gov

/s/ Olga Vysotskaya
Olga E. Vysotskaya de Brito
Special Deputy Attorney General
N.C. State Bar No. 31846
ovysotskaya@ncdoj.gov

/s/ Amar Majmundar
Amar Majmundar
Senior Deputy Attorney General
N.C. Bar No. 24668
amajmundar@ncdoj.gov

/s/ Alexander McC. Peters
Alexander McC. Peters
Chief Deputy Attorney General
N.C. State Bar No. 13654
apeters@ncdoj.gov

N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629
Telephone: (919)716-6900

*Attorneys for Kimberly Strach, in her official capacity as Executive Director of The North Carolina Bipartisan State Board of Elections and Ethics Enforcement*

NELSON MULLINS RILEY &
SCARBOROUGH LLP

<u>/s/ D. Martin Warf</u>
Noah H. Huffstetler, III
N.C. State Bar No. 7170
D. Martin Warf
N.C. State Bar No. 32982
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
Telephone: (919) 877-3800
noah.huffstetler@nelsonmullins.com
martin.warf@nelsonmullins.com

*Attorneys for Philip E. Berger, in his official capacity as President Pro Tempore of the North Carolina Senate, and Timothy K. Moore, in his official capacity as Speaker of the North Carolina House of Representatives*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

This the 3rd day of April, 2018.

/s/ Edwin M. Speas, Jr.
Edwin M. Speas, Jr.
