IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NORTH CAROLINA DEMOCRATIC )
PARTY, et al.,                )
                              )
      Plaintiffs,           )
                              )
      v.                    )      1:17-CV-1113
                              )
PHILLIP BERGER, et al.,       )
                              )
      Defendants.           )

## ORDER

It is **ORDERED** that the defendants' motion for summary judgment, Doc. 81, is **DENIED**.

This the 25th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE